UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMIKO PHILLIPS,

    Plaintiff,

                                    Case No. 10-mc-50192

                                    Paul D. Borman
v.                                United States District Judge

                                  R. Steven Whalen
                                  United States Magistrate Judge

INTERNAL REVENUE SERVICE,
ET AL.,

    Defendants.
_____/

## OPINION AND ORDER (1) ADOPTING THE MAGISTRATE JUDGE'S OCTOBER 22, 2010 REPORT AND RECOMMENDATION (DKT. NO. 4) AND (2) DISMISSING PLAINTIFF'S PETITION TO QUASH SUMMONS WITHOUT PREJUDICE (DKT. NO. 1)

      Before the Court is Magistrate Judge R. Steven Whalen's October 22, 2010 Report and Recommendation dismissing Plaintiff's Petition to Quash Summons without prejudice for failure to timely serve the Defendants. (Dkt. No. 4.) Having reviewed that Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Magistrate Judge's Report and Recommendation and Dismisses Plaintiff's Petition to Quash Summons (Dkt. No. 1) without prejudice.

IT IS SO ORDERED.

                                    S/Paul D. Borman
                                    PAUL D. BORMAN
                                    UNITED STATES DISTRICT JUDGE

Dated: December 20, 2010

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on December 20, 2010.

                                            S/Denise Goodine
                                            Case Manager